IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THURMON E. MOORE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-cv-865-MHT |
| | ) | (WO) |
| CORIZON MEDICAL SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and do novo review of the entire record, the court finds that the recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The recommendation of the magistrate judge (Doc. No. 9) is adopted.

(2) Plaintiff Thurmon E. Moore, II's claims against defendants Alabama Department of Corrections, Staton Correctional Facility, and Limestone Correctional Facility are dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

(3) Defendants Alabama Department of Corrections, Staton Correctional Facility, and Limestone Correctional Facility are dismissed as defendants in this cause of action and terminated as parties.

(4)     This case, with respect to the allegations set forth against defendants Corizon Medical Services and Hugh Hood (aka "Dr. Hood"), is referred back to the magistrate judge for appropriate proceedings.   This case is not closed.

Done, this 15th day of September, 2014.


       /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE