IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THURMON E. MOORE II, )<br>)<br>   Plaintiff, )<br>)      CIVIL ACTION NO.<br>   v. )      2:14cv865-MHT<br>)<br>CORIZON MEDICAL SERVICES, )<br>et al., )<br>)<br>   Defendants. ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objection (doc. no. 26) is overruled.

(2) The magistrate judge's recommendation (doc. no. 18) is adopted.

(3) Plaintiff's motion for preliminary injunction (doc. no. 3) is denied.

(4) This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 5th day of November, 2014.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE