**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| THURMON E. MOORE II,    )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>CORIZON MEDICAL SERVICES  )<br>and DR. HOOD,             )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>  2:14cv865-MHT<br>       (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 46) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 45) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 31) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

(5) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE